UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CONTINENTALAFA DISPENSING COMPANY, | ) | Case No. 08-45921-659 |
| | ) | Judge Kathy A. Surratt-States |
| Debtor | ) | Chapter 11 |
| | ) | |
| CONTINENTALAFA LIQUIDATION TRUST, | ) | **Adversary No. 10-4213-659** |
| Plaintiff, | ) | PUBLISHED |
| -v- | ) | |
| | ) | |
| HUMAN RESOURCE STAFFING, | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Defendant Human Resource Staffing, LLC's Motion for Summary Judgment is **GRANTED** and judgment on the Complaint to Avoid and Recover Preferential Transfers is entered in favor of Defendant Human Resource Staffing, LLC and against Plaintiff ContinentalAFA Liquidation Trust in that the preferential transfers are not avoidable by Plaintiff pursuant to Section 547(c)(2); and

**IT IS FURTHER ORDERED THAT** Plaintiff ContinentalAFA Liquidation Trust's Motion for Summary Judgment is **DENIED**; and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: May 9, 2011
St. Louis, Missouri
LBK

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Human Resource Staffing
1456 Triad Center Dr.
St. Peters, MO 63376

Joel David Brett
Barklage, Brett, Wibbenmeyer & Hamill
211 North Third Street
St. Charles, MO 63011

Daniel D. Doyle
Lathrop & Gage LLP
7701 Forsyth Blvd., Ste. 400
St. Louis, MO 63105

Laura Uberti Hughes
Spencer Fane Britt & Browne LLP
One North Brentwood Blvd.
Ste. 1000
St. Louis, MO 63105

Ryan C. Hardy
Spencer Fane Britt & Browne LLP
1 N. Brentwood Blvd., Tenth Floor
St. Louis, MO 63105

Thomas H. Riske
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 400
Clayton, MO 63105